E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5735
     Facsimile: (213) 894-0142
     Cell:      (213) 500-9369
     E-mail:    julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00524(A)-DMG-ALL |
|---|---|
| Plaintiff, | NOTICE OF FILING OF DEFENDANTS' SIGNATURE PAGES IN SUPPORT OF STIPULATION TO CONTINUE DATE FOR TRIAL (#337); ATTACHMENTS |
| v. | |
| EDGAR JOEL MARTINEZ-REYES ET AL., | |
| Defendants. | |

Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Julie J. Shemitz, and defendants Edgar Martinez-Reyes (#1), by and through his attorney of record, Zaira Villagomez, Eduardo Mayorga (#3), by and through his attorney of record, Matthew Lombard, Guillermo Zambrano (#5), by and through his attorney of record, John Targowski, Vidal Licon-Robles (#8), by and through his attorney of record, Robert Bernstein, Jose Antonio Pardo (#13), by and through his attorney of record, Michael Chernis, Jiande Zhou (#14), by and through his attorney of record, Kevin Gres, Sai Zhang (#16), by and through his attorneys of record,

1  Reuven Cohen and Youngbin Son, Jiayong Yu (#20), by and through his
2  attorney of record, Jonathon Perliss, and Xuanyi Mu (#23), by and
3  through his attorney of record, Donald Matson hereby file their
4  respective signature pages in support of the stipulation to continue
5  the date for trial filed by the parties in this matter on August 6,
6  2024.  These signature pages are provided in accordance with the
7  provisions of the previously-filed stipulation to continue the date
8  for trial to October 21, 2025 at 8:30 a.m. before this Court (Dkt
9  #337)[1].

10    Defendant Diego Acosta Ovalle (#6) is in custody in Mexico
11 awaiting extradition.

12    Defendant Peiji Tong (#15) is in the custody of Chinese
13 authorities on domestic Chinese charges.

14    Defendant Jiaxuan He (#24) is a fugitive, believed to be
15 residing in China.

16    Defendant Chengwu He (#17) is scheduled to make his initial
17 appearance on August 22, 2024.

18    Defendant Leopoldo Bernal (#9) was released to pretrial
19 supervision for placement in a residential drug treatment facility.

20    Defendant Victor Rodriguez-Trujillo (#11) was released on bond
21 with electronic monitoring, and has since cut of the monitoring
22 device and is now a fugitive whose whereabouts are unknown.

23    Defendant Daniel Gonzalez, aka Rafael Arocho (#10), is a
24 fugitive believed to be in northern California.

25    The remaining defendants, Raul Contreras (#2), Julio Alexandro
26 Cabrera (#12), Panyu Zhao (#18), and Shou Yang (#23), have not

---

28    [1] The trial date for defendant Luis Belandria-Contreras was previously continued to October 21, 2025 (Dkt #331).

objected to the continuance, but have not yet provided their signature pages to the stipulation.

Dated: August 13, 2024             Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    MACK E. JENKINS
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                         /s/
                                    _____
                                    JULIE J. SHEMITZ
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA