1 | reasonable time necessary for effective preparation, taking into
2 | account the exercise of due diligence.
3 |     9.    Nothing in this stipulation shall preclude a finding that
4 | other provisions of the Speedy Trial Act dictate that additional time
5 | periods be excluded from the period within which trial must commence.
6 | Moreover, the same provisions and/or other provisions of the Speedy
7 | Trial Act may in the future authorize the exclusion of additional
8 | time periods from the period within which trial must commence.
9 |     IT IS SO STIPULATED.

Dated: August 5, 2024    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

        /s/
JULIE J. SHEMITZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

    I am EDGAR MARTINEZ-REYES's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than _____ is an informed and voluntary one.

ZAIRA VILLAGOMEZ        8-24-24
                                              Date

Scanned with CamScanner

_____
Attorney for Defendant
EDGAR MARTINEZ-REYES

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____   8-12-24
EDGAR MARTINEZ-REYES        Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, Zaire Villag___, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

_____   8-12-24
INTERPRETER                 Date

6