1     I am GUILLERMO ZAMBRANO's attorney. I have carefully discussed
2 every part of this stipulation and the continuance of the trial date
3 with my client. I have fully informed my client of his Speedy Trial
4 rights. To my knowledge, my client understands those rights and
5 agrees to waive them. I believe that my client's decision to give up
6 the right to be brought to trial earlier than October 21, 2025, is an
7 informed and voluntary one.

8

9 JOHN TARGOWSKI                       Date  8/9/24
   Attorney for Defendant
10 GUILLERMO ZAMBRANO

11

12     I have read this stipulation and have carefully discussed it
13 with my attorney. I understand my Speedy Trial rights. I voluntarily
14 agree to the continuance of the trial date, and give up my right to
15 be brought to trial earlier than October 21, 2025. I understand that
16 I will be ordered to appear in Courtroom 8C of the Federal
17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18 2025 at 8:30 a.m.

19 Guillermo Ortiz                     08-09-24
20 GUILLERMO ZAMBRANO                Date
   Defendant

21

22                **CERTIFICATION OF INTERPRETER**

23     I, _____, am fluent in the written and spoken
24 English and Spanish languages. I accurately translated this entire
25 agreement from English into Spanish to defendant GUILLERMO ZAMBRANO
26 on this date.

27 self interpreter                   _____
28 INTERPRETER                          Date