1 | I am JOSE ANTONIO PARDO's attorney. I have carefully discussed
2 | every part of this stipulation and the continuance of the trial date
3 | with my client. I have fully informed my client of his Speedy Trial
4 | rights. To my knowledge, my client understands those rights and
5 | agrees to waive them. I believe that my client's decision to give up
6 | the right to be brought to trial earlier than October 21, 2025 is an
7 | informed and voluntary one.

8 | /s/ *signature*                                    08-07-2024
9 | MICHAEL S. CHERNIS                                 Date
    Attorney for Defendant
10 | JOSE ANTONIO PARDO

11 |
12 | I have read this stipulation and have carefully discussed it
13 | with my attorney. I understand my Speedy Trial rights. I voluntarily
14 | agree to the continuance of the trial date, and give up my right to
15 | be brought to trial earlier than October 21, 2025. I understand that
16 | I will be ordered to appear in Courtroom 8C of the Federal
17 | Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18 | 2025 at 8:30 a.m.

19 | /s/ Jose pardo (Aug 7, 2024 22:39 PDT)            08/07/2024
20 | JOSE ANTONIO PARDO                                 Date
    Defendant

21 |
22 |                    **CERTIFICATION OF INTERPRETER**
23 |     I, _____, am fluent in the written and spoken
24 | English and Spanish languages. I accurately translated this entire
25 | agreement from English into Spanish to defendant JOSE ANTONIO PARDO
26 | on this date.

27 | _____                          _____
    INTERPRETER                                        Date
28 |