E. MARTIN ESTRADA
1  United States Attorney
MACK E. JENKINS
2  Assistant United States Attorney
Chief, Criminal Division
3  JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
4  International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
5    312 North Spring Street
    Los Angeles, California 90012
6    Telephone:  (213) 894-5735
    Facsimile:  (213) 894-0142
7    Cell:       (213) 500-9369
    E-mail:     julie.shemitz@usdoj.gov
8
Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 2:23-CR-00524(A)-DMG

13           Plaintiff,                STIPULATION REGARDING REQUEST FOR
                                       (1) CONTINUANCE OF TRIAL DATE(S)
14               v.                    AND (2) FINDINGS OF EXCLUDABLE
                                       TIME PERIODS PURSUANT TO SPEEDY
15  EDGAR JOEL MARTINEZ-REYES ET       TRIAL ACT
    AL.,
16                                     **CURRENT TRIAL DATES:   11/5/24;
17           Defendants.               3/25/2025**
                                       **PROPOSED TRIAL DATE:   5/19/2025**
18

19

20       Plaintiff United States of America, by and through its counsel

21  of record, the United States Attorney for the Central District of

22  California and Assistant United States Attorney Julie J. Shemitz, and

23  defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

24  individually and by and through his counsel of record, Zaura

25  Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

26  his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,

27  both individually and by and through his counsel of record, Victor

28

1  Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and

2  through his counsel of record, Robert M. Helfend; PANYU ZHAO, both

3  individually and by and through his counsel of record, Louis J.

4  Shapiro; RAUL CONTRERAS, individually, and by and through his counsel

5  of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by

6  and through his counsel of record, John Targowski; LUIS BELANDRIA-

7  CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and

8  through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both

9  individually and by and through his counsel of record, Michael D.

10 Walsh; JIAYUNG YU, both individually, and by and through his counsel

11 of record, Jonathan Perliss; XIAOLEI YE, both individually, and by

12 and through his counsel of record, Edward M. Robinson; XUANYI MU

13 ("MU"), both individually and by and through his counsel of record,

14 Donald M. Matson; SHOU YANG, individually, and by and through his

15 counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both

16 individually, and by and through his counsel of record,     OSCAR

17 EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his

18 counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-

19 ROBLES"), both individually and by and through his counsel of record,

20 Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through

21 his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,

22 individually, and by and through his counsel of record, Peter

23 Johnson; JOSE ANTONIO PARDO, individually, and by and through his

24 counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,

25 and by and through his counsel of record, Kevin Gres, hereby

26 stipulate as follows:

27

28

1       1.    On April 4, 2024, a grand jury for the Central District of
2  California returned first superseding indictment as to both United
3  States v. Zhang, et al. and United States v. Martinez-Reyes, et al.
4  Initial appearance and arraignment for defendant CHENGWU HE has been
5  set for August 22, 2024.

6       2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7  trial commence on or before August 20, 2024.

8       3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9  GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10  district.

11      4.    All defendants who have appeared in this district have been
12  released on bond pending trial.

13      5.    The parties estimate that the trial in this matter will
14  last approximately three weeks.  All defendants are joined for trial
15  and a severance has not been granted.

16      6.    By this stipulation, the parties move to continue the trial
17  date to and the status conference to October 21, 2025 and the status
18  conference to October 8, 2025.

19      7.    Defendants request the continuance based upon the following
20  facts, which the parties believe demonstrate good cause to support
21  the appropriate findings under the Speedy Trial Act:

22          a.    Counsel for defendants represent that they have
23  various prior obligations and trial conflicts as set out in Exhibit A
24  hereto. Counsel for defendants also represent that additional time is
25  necessary to confer with their defendants, conduct and complete an
26  independent investigation of the case, conduct and complete
27  additional legal research including for potential pre-trial motions,

28

1 | review the discovery and potential evidence in the case, and prepare
2 | for trial in the event that a pretrial resolution does not occur.
3 | Defense counsel represent that failure to grant the continuance would
4 | deny them reasonable time necessary for effective preparation, taking
5 | into account the exercise of due diligence.

6 |      b.   Defendants believe that failure to grant the
7 | continuance will deny them continuity of counsel and adequate
8 | representation.

9 |      c.   The government does not object to the continuance.

10 |      d.   The requested continuance is not based on congestion
11 | of the Court's calendar, lack of diligent preparation on the part of
12 | the attorney for the government or the defense, or failure on the
13 | part of the attorney for the Government to obtain available
14 | witnesses.

15 |    8.   For purposes of computing the date under the Speedy Trial
16 | Act by which defendants' trial must commence, the parties agree that
17 | the time period of January 2, 2024 to October 21, 2025, inclusive,
18 | should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),
19 | (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a
20 | continuance granted by the Court at defendants' request, without
21 | government objection, on the basis of the Court's finding that:
22 | (i) the ends of justice served by the continuance outweigh the best
23 | interest of the public and defendant in a speedy trial; (ii) failure
24 | to grant the continuance would be likely to make a continuation of
25 | the proceeding impossible, or result in a miscarriage of justice; and
26 | (iii) failure to grant the continuance would unreasonably deny
27 | defendant continuity of counsel and would deny defense counsel the

28

4

1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.
   Dated: August 5, 2024            Respectfully submitted,

10
                                    E. MARTIN ESTRADA
11                                  United States Attorney

12                                  MACK E. JENKINS
                                    Assistant United States Attorney
13                                  Chief, Criminal Division

14
                                    _____/s/_____
15                                  JULIE J. SHEMITZ
                                    Assistant United States Attorney
16
                                    Attorneys for Plaintiff
17                                  UNITED STATES OF AMERICA

18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21  discussed every part of this stipulation and the continuance of the

22  trial date with my client. I have fully informed my client of his

23  Speedy Trial rights.  To my knowledge, my client understands those

24  rights and agrees to waive them.  I believe that my client's decision

25  to give up the right to be brought to trial earlier than _____

26  is an informed and voluntary one.

27  _____        _____
    ZAIRA VILLAGOMEZ                         Date
28

5

Attorney for Defendant
EDGAR MARTINEZ-REYES

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date and give up my right to be
brought to trial earlier than October 21, 2025.  I understand that I
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
350 W. 1st Street, Los Angeles, California on October 21, 2025 at
8:30 a.m.

EDGAR MARTINEZ-REYES                    Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES
on this date.

INTERPRETER                             Date

6

1    I am SAI ZHANG's attorney. I have carefully discussed every
2 part of this stipulation and the continuance of the trial date with
3 my client. I have fully informed my client of his Speedy Trial
4 rights. To my knowledge, my client understands those rights and
5 agrees to waive them. I believe that my client's decision to give up
6 the right to be brought to trial earlier than October 21, 2025 is an
7 informed and voluntary one.

8 _____     Date

9 RUEVEN L. COHEN
  YOUNGBIN SON
10 Attorneys for Defendant
  SAI ZHANG

11

12    This agreement has been read to me in Mandarin, the language I
13 understand best, and I have carefully discussed every part of it with
14 my attorney. I understand my Speedy Trial rights. I voluntarily
15 agree to the continuance of the trial date and give up my right to be
16 brought to trial earlier than October 21, 2025. I understand that I
17 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20 _____     Date
  SAI ZHANG
21 Defendant

22 ### CERTIFICATION OF INTERPRETER

23    I, _____, am fluent in the written and spoken
24 English and Mandarin languages. I accurately translated this entire
25 agreement from English into Mandarin to defendant SAI ZHANG on this
26 date.

27 _____     Date
  INTERPRETER

28

1

2      I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3   every part of this stipulation and the continuance of the trial date

4   with my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025, is an

8   informed and voluntary one.

9   _____    _____
    ROBERT M. HELFEND                      Date
10  Attorney for Defendant
    BERNARDO MAUBERIS
11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____    _____
    BERNARDO MAUBERIS                      Date
21  Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

INTERPRETER                           Date

I am PANYU ZHAO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

LOUIS J. SHAPIRO                Date
Attorney for Defendant
PANYU ZHAO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

PANYU ZHAO                         Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

1

_____          _____
INTERPRETER                                   Date

2

3      I am RAUL CONTRERAS's attorney.  I have carefully discussed

4  every part of this stipulation and the continuance of the trial date

5  with my client. I have fully informed my client of his Speedy Trial

6  rights.  To my knowledge, my client understands those rights and

7  agrees to waive them.  I believe that my client's decision to give up

8  the right to be brought to trial earlier than October 21, 2025, is an

9  informed and voluntary one.

10 _____          _____
CHARLES C. BROWN                              Date
   Attorney for Defendant
11 RAUL CONTRERAS

12

13

14     I have read this stipulation and have carefully discussed it

15 with my attorney. I understand my Speedy Trial rights.  I voluntarily

16 agree to the continuance of the trial date, and give up my right to

17 be brought to trial earlier than October 21, 2025.  I understand that

18 I will be ordered to appear in Courtroom 8C of the Federal

19 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20 2025 at 8:30 a.m.

21 _____          _____
RAUL CONTRERAS                                Date
   Defendant
22

23

24                    **CERTIFICATION OF INTERPRETER**

25     I, _____, am fluent in the written and spoken

26 English and Spanish languages.  I accurately translated this entire

27 agreement from English into Spanish to defendant RAUL CONTRERAS on

28 this date.

                                   10

INTERPRETER                                    Date
_____            _____

I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI                                 Date
_____            _____
Attorney for Defendant
GUILLERMO ZAMBRANO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO                             Date
_____            _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

1

2    ---------------------------------        ---------------------------------
     INTERPRETER                              Date

3        I am HANG SU's attorney.  I have carefully discussed every part

4    of this stipulation and the continuance of the trial date with my

5    client. I have fully informed my client of his Speedy Trial rights.

6    To my knowledge, my client understands those rights and agrees to

7    waive them.  I believe that my client's decision to give up the right

8    to be brought to trial earlier than October 21, 2025 is an informed

9    and voluntary one.

10   ---------------------------------        ---------------------------------
     MICHAEL D. WALSH                         Date
     Attorney for Defendant
11   HANG SU

12

13

14       I have read this stipulation and have carefully discussed it

15   with my attorney. I understand my Speedy Trial rights.  I voluntarily

16   agree to the continuance of the trial date, and give up my right to

17   be brought to trial earlier than October 21, 2025.  I understand that

18   I will be ordered to appear in Courtroom 8C of the Federal

19   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20   2025 at 8:30 a.m.

21   ---------------------------------        ---------------------------------
     HANG SU                                  Date
22   Defendant

23

24                      **CERTIFICATION OF INTERPRETER**

25       I, _____, am fluent in the written and spoken

26   English and Mandarin languages.  I accurately translated this entire

27   agreement from English into Mandarin to defendant HANG SU on this

28   date.

                                    12

1   I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully
2   discussed every part of this stipulation and the continuance of the
3   trial date with my client. I have fully informed my client of his
4   Speedy Trial rights.  To my knowledge, my client understands those
5   rights and agrees to waive them.  I believe that my client's decision
6   to give up the right to be brought to trial earlier than October 21,
7   2025 is an informed and voluntary one.

8   _____          _____
    MATTHEW J. LOMBARD                        Date
9   Attorney for Defendant
    OSCAR EDUARDO MAYORGA
10
11
12   I have read this stipulation and have carefully discussed it
13   with my attorney. I understand my Speedy Trial rights.  I voluntarily
14   agree to the continuance of the trial date, and give up my right to
15   be brought to trial earlier than October 21, 2025.  I understand that
16   I will be ordered to appear in Courtroom 8C of the Federal
17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18   2025 at 8:30 a.m.

19   _____          _____
    OSCAR EDUARDO MAYORGA                      Date
20   Defendant
21
22                      **CERTIFICATION OF INTERPRETER**
23   I, _____, am fluent in the written and spoken
24   English and Spanish languages. I accurately translated this entire
25   agreement from English into Spanish to defendant OSCAR EDUARDO
26   MAYORGA on this date.
27
    _____          _____
28   INTERPRETER                               Date

                                    18

1     I, _____, am fluent in the written and spoken

2 English and Mandarin languages.  I accurately translated this entire

3 agreement from English into Mandarin to defendant SHOU YANG on this

4 date.

5

    _____    _____

6 INTERPRETER                                    Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    agreement from English into Mandarin to defendant XUANYI MU on this

2    date.

3    _____        _____

4    INTERPRETER                              Date

5

6        I am SHOU YANG's attorney.  I have carefully discussed every

7    part of this stipulation and the continuance of the trial date with

     my client. I have fully informed my client of his Speedy Trial

8    rights.  To my knowledge, my client understands those rights and

9    agrees to waive them.  I believe that my client's decision to give up

10   the right to be brought to trial earlier than October 21, 2025 is an

11   informed and voluntary one.

12

13   _____        _____
     SHOU YANG                                Date
     Attorney for Defendant
14   ROBERT C. HSU

15

16       I have read this stipulation and have carefully discussed it

17   with my attorney. I understand my Speedy Trial rights.  I voluntarily

18   agree to the continuance of the trial date, and give up my right to

19   be brought to trial earlier than October 21, 2025.  I understand that

20   I will be ordered to appear in Courtroom 8C of the Federal

21   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

22   2025 at 8:30 a.m.

23   _____        _____
     SHOU YANG                                Date
24   Defendant

25

26                      **CERTIFICATION OF INTERPRETER**

27

28

                                    16

```
INTERPRETER                              Date
```

I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
DONALD J. MATSON                         Date
Attorney for Defendant
XUANYI MU
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
XUANYI MU                                Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

```
1   INTERPRETER                              Date

2

3       I am XIAOLEI YE's attorney.  I have carefully discussed every

4   part of this stipulation and the continuance of the trial date with

5   my client. I have fully informed my client of his Speedy Trial

6   rights.  To my knowledge, my client understands those rights and

7   agrees to waive them.  I believe that my client's decision to give up

8   the right to be brought to trial earlier than October 21, 2025 is an

9   informed and voluntary one.

10  EDWARD M. ROBINSON                       Date
    BRIAN ARTHUR ROBINSON
11  Attorneys for Defendant
    XIAOLEI YE
12

13

14      This agreement has been read to me in Mandarin, the language I

15  understand best, and I have carefully discussed every part of it with

16  my attorney.  I understand my Speedy Trial rights.  I voluntarily

17  agree to the continuance of the trial date and give up my right to be

18  brought to trial earlier than October 21, 2025.  I understand that I

19  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

20  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

21
    XIAOLEI YE                               Date
22  Defendant

23               CERTIFICATION OF INTERPRETER

24      I, _____, am fluent in the written and spoken

25  English and Mandarin languages.  I accurately translated this entire

26  agreement from English into Mandarin to defendant XIAOLEI YE on this

27  date.

28
```

INTERPRETER                              Date

I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS                         Date
Attorney for Defendant
JIAYONG YU

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU                               Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

1     I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully

2 discussed every part of this stipulation and the continuance of the

3 trial date with my client.  I have fully informed my client of his

4 Speedy Trial rights.  To my knowledge, my client understands those

5 rights and agrees to waive them.  I believe that my client's decision

6 to give up the right to be brought to trial earlier than October 21,

7 2025 is an informed and voluntary one.

8 _____          _____
  EDVIN S. FLORES                           Date
9 Attorney for Defendant
  VICTOR RODRIGUEZ-TRUJILLO

10

11

12     I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than October 21, 2025.  I understand that

16 I will be ordered to appear in Courtroom 8C of the Federal

17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18 2025 at 8:30 a.m.

19 _____          _____
  VICTOR RODRIGUEZ-TRUJILLO                 Date
20 Defendant

21

22                  **CERTIFICATION OF INTERPRETER**

23     I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant VICTOR RODRIGUEZ-

26 TRUJILLO on this date.

27 _____          _____
  INTERPRETER                               Date

28

1    I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2 every part of this stipulation and the continuance of the trial date

3 with my client. I have fully informed my client of his Speedy Trial

4 rights.  To my knowledge, my client understands those rights and

5 agrees to waive them.  I believe that my client's decision to give up

6 the right to be brought to trial earlier than October 21, 2025 is an

7 informed and voluntary one.

8
ROBERT BERNSTEIN               Date

9 Attorney for Defendant
VIDAL LICON-ROBLES

10

11

12    I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than October 21, 2025.  I understand that

16 I will be ordered to appear in Courtroom 8C of the Federal

17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18 2025 at 8:30 a.m.

19
VIDAL LICON-ROBLES         Date

20 Defendant

21

22 ### CERTIFICATION OF INTERPRETER

23    I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26 on this date.

27
INTERPRETER               Date

28

1      I am LEOPOLDO BERNAL's attorney. I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights. To my knowledge, my client understands those rights and
5  agrees to waive them. I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____          _____
   ANTHONY M. SOLIS                          Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11
    I have read this stipulation and have carefully discussed it
12  with my attorney. I understand my Speedy Trial rights. I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14  be brought to trial earlier than October 21, 2025. I understand that
15  I will be ordered to appear in Courtroom 8C of the Federal
16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17  2025 at 8:30 a.m.
18

19  _____          _____
   LEOPOLDO BERNAL                           Date
20  Defendant

21

22                       **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken
24  English and Spanish languages. I accurately translated this entire
25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on
26  this date.

27  _____          _____
   INTERPRETER                               Date
28

1    I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2    discussed every part of this stipulation and the continuance of the

3    trial date with my client. I have fully informed my client of his

4    Speedy Trial rights.  To my knowledge, my client understands those

5    rights and agrees to waive them.  I believe that my client's decision

6    to give up the right to be brought to trial earlier than October 21,

7    2025 is an informed and voluntary one.

8    _____          _____
     PETER JOHNSON                           Date
9    Attorney for Defendant
     JULIO ALEXANDER CABRERA
10

11

12       I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

     agree to the continuance of the trial date, and give up my right to

14   be brought to trial earlier than October 21, 2025.  I understand that

15   I will be ordered to appear in Courtroom 8C of the Federal

16   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17   2025 at 8:30 a.m.

18

19   _____          _____
     JULIO ALEXANDER CABRERA                  Date
20   Defendant

21

22                     **CERTIFICATION OF INTERPRETER**

23       I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant JULIO ALEXANDER

26   CABRERA on this date.

27   _____          _____
     INTERPRETER                              Date
28

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____     _____
MICHAEL S. CHERNIS                   Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____     _____
JOSE ANTONIO PARDO                   Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____     _____
INTERPRETER                          Date

23

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3   part of this stipulation and the continuance of the trial date with

4   my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025 is an

8   informed and voluntary one.

9   _____          _____8/9/24_____

    JIANDE ZHOU                               Date
10  Attorney for Defendant
    KEVIN D. GRES
11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____          _____8/9/2024_____

    JIANDE ZHOU                               Date
21  Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

        I, __Yanyan Liu__, am fluent in the written and spoken
24
    English and Mandarin languages.  I accurately translated this entire
25
    agreement from English into Mandarin to defendant JIANDE ZHOU on this
26
    date.
27

28

_____          08/09/2024
INTERPRETER                              Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28