1    I am SAI ZHANG's attorney.  I have carefully discussed every
2 part of this stipulation and the continuance of the trial date with
3 my client. I have fully informed my client of his Speedy Trial
4 rights.  To my knowledge, my client understands those rights and
5 agrees to waive them.  I believe that my client's decision to give up
6 the right to be brought to trial earlier than October 21, 2025 is an
7 informed and voluntary one.

_____          8/7/2024
RUEVEN L. COHEN                            Date
YOUNGBIN SON
Attorneys for Defendant
SAI ZHANG

    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

_____          8/7/2024
SAI ZHANG                                  Date
Defendant

**CERTIFICATION OF INTERPRETER**

    I, ____Yanyan Liu_____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant SAI ZHANG on this date.

_____          08/07/2024
INTERPRETER                                Date

7